IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01931-WYD-KLM

TRACY VIGIL,

     Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
WELLS FARGO BANK, N.A.,

     Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff Tracy Vigil and Defendant Equifax Information Services, LLC's Stipulation for Dismissal With Prejudice filed September 21, 2015.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that Plaintiff Tracy Vigil and Defendant Equifax Information Services, LLC's Stipulation for Dismissal With Prejudice (ECF No. 23) is **APPROVED**.  All claims and causes of action asserted herein by Plaintiff Tracy Vigil against Defendant Equifax Information Services, LLC are **DISMISSED WITH PREJUDICE**, with court costs to be paid by the party incurring the same.  Defendant Equifax Information Services, LLC shall hereafter be taken off the caption.

Dated: September 22, 2015.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE