# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01931-WYD-KLM

TRACY VIGIL

    Plaintiff,

v.

WELLS FARGO BANK, N.A.

    Defendants.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| s/ Matthew R. Osborne | s/ Allison L. Biles |
|---|---|
| Matthew R. Osborne, Esq. | Allison L. Biles, Esq. |
| Osborne Law, P.C. | Snell & Willmer, L.L.P. |
| 10465 Melody Drive, Suite 325 | 1200 Seventeenth Street, Suite 1900 |
| Northglenn, CO 80234 | Denver, Colorado 80202 |
| Tele. 303.759.7018 | Direct: 303.634.2124 |
| E-mail: matt@mrosbornelawpc.com | E-mail: abiles@swlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Wells Fargo Bank, N.A.* |

**SO ORDERED**

Dated: 1/22/16

_____
Hon. Kristen L. Mix
United States Magistrate Judge