IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01931-WYD-KLM

TRACY VIGIL,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendants.

## ORDER OF DISMISSAL

    The Court, having been fully briefed on the grounds on which the parties make their request, hereby

    ORDERS that the Stipulation Motion for Dismissal filed April 26, 2016 (ECF No. 33) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear their own attorney's fees and costs.

    Dated:  April 26, 2016.

                                     BY THE COURT:

                                     /s/ Wiley Y. Daniel
                                   WILEY Y. DANIEL,
                                   SENIOR UNITED STATES DISTRICT JUDGE